## IN THE UNITED STATES BANKRUPTY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 18895 |

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. Rule 8006, Anderson Memorial Hospital respectfully submits its Designation of Items to be Included in the Record on Appeal.

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Designation of Items to be Included in the Record on Appeal**

| Date | Docket No. | Description |
|------|-----------|-------------|
| 04/02/2001 | 6 | Grace's Informational Brief |
| 06/27/2001 | 586 | Debtors' Motion for Entry of Case Management Order for Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program |
| 11/10/2001 | 1106 | Debtors' Consolidated Reply in Support of their Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Claim Forms and Approval of the Notice Program |
| 02/05/2002 | 1650 | Transcript of January 29, 2002 Hearing |
| 2/12/2002 | 1664 | Debtors' Revised Motion as to all Personal Injury Claims for Entry of a Case Management Order, Establishment of a Bar Date, Approval of Claim Forms and of the Notice Program |
| 02/12/2002 | 1665 | Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and of the Notice Program |
| 02/15/2002 | 1677 | Notice of Filing Debtors' Brief regarding Bar Date and Class Notice |
| 03/11/2002 | 1793 | Transcript of February 25, 2002 Hearing |
| 03/13/2002 | N/A | Letter of David Bernick to the Honorable Judith K. Fitzgerald |
| 03/27/2002 | 1912 | Transcript of March 18, 2002 Hearing |
| 04/12/2002 | 1926 | Debtor's Notice of Filing Revised Bar Date Notice Plan, Proof of Claim Forms and Related Material |
| 04/12/2002 | 1927 | Debtor's Notice of Filing Exhibit Tabs C & D to Revised Bar Date Notice Plan, Proof of Claim Forms and Related Materials |
| 04/22/2002 | 1963 | Order Establishing a Bar Date for Filing Proof of Claims |

| | | |
|---|---|---|
| 04/22/2002 | 1960 | Claims Bar Date Notice Order |
| 04/22/2002 | 1963 | Order Establishing Bar Date for the Filing of Proofs of Claim |
| 05/06/2002 | 2019 | Asbestos Property Damage Committee's Motion for Leave to Appeal the Bar Date Order to the District Court |
| 05/13/2002 | 2057 | Transcript of April 22, 2002 Hearing |
| 05/16/2002 | 2059 | Debtors' Response in Opposition to Asbestos Property Damage Committee's Motion for Leave to Appeal the Bar Date Order to the District Court |
| 06/21/2002 | 2274 | Asbestos Property Damage Committee's Motion to Amend Bar Date Order |
| 07/16/2002 | 2382-2392 | Declaration of Service re: Claims Bar Date Notice Materials (with Exhibits – Dk. Nos. 2383-2392) |
| 08/05/2002 | 2502-2503 | Transcript of July 22, 2002 Hearing |
| 08/16/2002 | 2555 | Order of the District Court Denying Leave to Appeal Bar Date Order |
| 09/23/2002 | 2745 | Amended Order Setting Bar Date for Asbestos PD Claims |
| 03/30/2003 | N/A | Claim #9911 Anderson Memorial Hospital Putative Class Claim with Attachments |
| 03/30/2003 | N/A | Claim #9914 Anderson Memorial Hospital Class Proof of Claim with Attachments |
| 10/10/2003 | 4564 | Notice of Amended Declaration of Service re: Docket No. 2382 |
| 06/21/2004 | 5860 | Status Report of the Official Committee of Asbestos Property Damage Claimants |
| 06/22/2004 | 5864 | Addendum to Status Report of the Official Committee of Asbestos Property Damage Claimants |
| 07/18/2005 | 9008 | Debtors' Motion for Limited Waiver to Permit Filing Omnibus Objection to 2,938 Unauthorized Claims Filed by Speights & Runyan |

| | | |
|---|---|---|
| 08/16/2005 | N/A | Affidavit of Professor John P. Freeman |
| 09/01/2005 | 9311 | Debtor's Thirteenth Omnibus Objection to 2,937 Unauthorized Claims filed by Speights & Runyan |
| 09/01/2005 | 9315 | Debtors' Fifteenth Omnibus Objection to Property Damage Claims |
| 09/07/2005 | 9349 | Transcript of August 29, 2005 Hearing |
| 09/23/2005 | 9501 | Order Granting Certain Relief and Directing Certain Discovery with Respect to Speights & Runyan |
| 10/21/2005 | 10001 | Speights & Runyan's Response to Debtors' Brief in Support of 13th Omnibus Objection Seeking the Disallowance & Expungement of 1900 Claims filed by Anderson Memorial Hospital |
| 10/21/2005 | 10014 | Anderson Memorial's Motion for Class Certification |
| 11/10/2005 | 11025 | Transcript of October 31, 2005 Hearing |
| 11/10/2005 | 11035 | Scheduling Order Regarding Debtors' Fifteenth Omnibus Objection to Claims |
| | | Anderson Notices of Deposition and Requests for the Production of Documents |
| 11/15/2005 | 11080 | Order Disallowing and Expunging Anderson Memorial-Based Asbestos Property Damage Claims |
| 12/13/2005 | 11335 | Anderson Memorial's Notice of Deposition and Request to Produce to W.R. Grace re: Debtors' knowledge of individualized Notice packages |
| 12/13/2005 | 11336 | Anderson Memorial's Notice of Deposition and Request to Produce to W.R. Grace re: Debtors' knowledge regarding property damage claims and class action proceedings brought by Anderson Memorial through Speights & Runyan |
| 12/13/2005 | 11337 | Anderson Memorial's Notice of Deposition and Request to Produce to W.R. Grace re: Debtors' knowledge of the address, building, location or owners of buildings containing WRG asbestos-containing materials |

| | | |
|---|---|---|
| 12/22/2005 | 11413 | Anderson Memorial Hospital's Motion for Limited Relief from Automatic Stay |
| 12/22/2005 | 11408 | Modified Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to Claims |
| 12/22/2005 | 11428 | Debtors' Brief in Support of Fifteenth Omnibus Objection to Asbestos Property Damage Claims |
| 12/29/2005 | N/A | Confirmation Order and Confirmed Plan of Reorganization *IN re: United States Mineral Products Co.*, Case No. 01-2471 |
| 01/20/2006 | 11594 | Speights and Runyan's Sur-reply in Opposition to Debtors' Thirteenth and Fifteenth Omnibus Objections |
| 01/24/2006 | 11621 | Debtors' Sur-Reply in Support of the Disallowance of 71 Claims for which Speights & Runyan has not Established Authority to File as of the March 31, 2003 Bar Date |
| 01/25/2006 | 11627 | Anderson Memorial Hospital's Reply Memorandum to the Debtors' Brief Regarding the Notice Program and In Support of Class Certification |
| 02/03/2006 | 11707 | Transcript of January 26, 2006 Hearing |
| 02/07/2006 | 11729 | Transcript of January 25, 2006 Hearing |
| 02/03/2006 | 11709 | Anderson Memorial Hospital's Further Memorandum in Opposition to the Debtors' Thriteenth Omnibus Objection: Ratification of Authority by Claimants |
| 04/05/2006 | 12206 | Affidavit of Katherine Kinsella |
| 06/15/2006 | N/A | Confirmation Order and Confirmed Plan of Reorganization *In re: United States Gypsum Co.,* Case No. 01-2094 |
| 08/29/2006 | 13077 | Transcript of August 21, 2006 Hearing |
| 10/03/2006 | 13342 | Transcript of September 25, 2006 Hearing |
| 10/11/2006 | 13388 | Order for Limited Relief from Automatic Stay of Anderson Memorial |
| 11/06/2006 | 13572 | Transcript of October 23, 2006 Omnibus Hearing |

| | | |
|---|---|---|
| 11/14/2006 | N/A | Record obtained from the South Carolina Circuit Court in Anderson v. W. R. Grace & Co., et al., 92-CP-25-279 |
| 12/04/2006 | 13894 | Transcript of November 20, 2006 Omnibus Hearing |
| 12/08/2006 | 13980 | Anderson Memorial Hospital's Motion to Compel Deposition of Debtors' Records Custodian |
| 01/03/2007 | 14206 | Transcript of December 19, 2006 Omnibus Hearing |
| 02/01/2007 | 14465 | Transcript of January 23, 2007 Omnibus Hearing |
| 04/09/2007 | 15117 | Transcript of April 2, 2007 Hearing |
| 04/17/2007 | 15209 | Memorandum Opinion Disallowing and Expunging 71 Claims Filed by Speights & Runyan |
| 04/17/2007 | 15210 | Order Disallowing and Expunging 71 Claims Filed by Speights & Runyan |
| 04/23/2007 | 15172 | Motion to Extend Deadlines |
| 05/23/2007 | 15786 | Transcript of May 8, 2007 Hearing |
| 06/04/2007 | 15948 | Transcript of May 21, 2007 Hearing |
| 06/07/2007 | 15988 | Transcript of May 30, 2007 Hearing |
| 07/31/2007 | 16449 | Transcript of June 25, 2007 Hearing |
| 07/30/2007 | 16422 | Transcript of July 5, 2007 Certification Hearing (including Claimant Exhibits 116-122; 125-127; 133-134; 137-138; 140-142B; 147; 149; 151) |
| 08/10/2007 | 16532 | The South Carolina Class:  Anderson's Final Brief in Support of Class Certification of the South Carolina Class |
| 08/10/2007 | 16530 | The Worldwide Class:  Anderson's Final Brief in Support of Class Certification of the Putative Non-South Carolina Class |
| 08/10/2007 | 16533 | Anderson Memorial's Memorandum of Law Regarding Class Certification Evidentiary Issues |

| | | |
|---|---|---|
| 08/10/2007 | 16540 | Debtor's Post-Hearing Brief in Opposition to Anderson Memorial's Class Certification Motion |
| 11/08/2007 | N/A | Confirmation Order and Confirmed Plan of Reorganization *In re: Federal Mogul,* Case No. 01-10578 |
| 01/03/2008 | 17743 | Transcript of December 17, 2007 Omnibus Hearing |
| 04/21/2008 | N/A | *In re: Celotex Corporation,* Case Nos. 90-10016-8G1 and 90-10017-8G1, Order on Asbestos Settlement Trust's Motion Seeking Instructions Regarding Payment of Fifty-two Asbestos Property Damage Claims Submitted by Anderson Memorial Hospital |
| 5/29/2008 | 18821 | Order Denying Class Certification |
| 03/06/2008 | 18233 | Transcript of February 25, 2008 Hearing |

DATED: June 19, 2008

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:     (302) 654-0728
E-mail:        loizides@loizides.com

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue East
Post Office Box 685
Hampton, SC 29924
Telephone:    (803) 943-4444
Facsimile: (803) 943-4599

*Counsel for Anderson Memorial Hospital*

## IN THE UNITED STATES BANKRUPTY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 18895** |

### STATEMENT OF ISSUES PRESENTED ON APPEAL

Pursuant to Fed. R. Bankr. P. Rule 8006, Anderson Memorial Hospital respectfully submits its Statement of Issues Presented on Appeal.

**Statement of Issues to Be Presented**

A.    Whether the Bankruptcy Court erred in refusing to recognize the pre-petition Certification Order of the South Carolina Circuit Court, entered after nine years of pre-petition litigation, which certified a statewide class of asbestos property damage claimants against W.R. Grace & Co.

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

B.     Whether the Bankruptcy Court erred in refusing to recognize the class proofs of claim filed by Anderson Memorial Hospital.

C.     Whether the Bankruptcy Court erred in retrospectively finding that the Court had ordered class representatives to seek permission prior to filing a class proof of claim where there is no support for such a requirement in law or the bankruptcy rules and where the written orders of the court and subsequent hearings clearly demonstrate that no such requirement was ever made part of a Court Order.

D.     Whether the Bankruptcy Court erred in denying class certification without ruling on the admissibility of evidence of numerosity or allowing that evidence to be proffered by Appellants.

E.     Whether the Bankruptcy Court erred in finding on the one hand that it would be unreasonable to require debtors' to mail direct notice of the bar date for filing asbestos property damage claims to the address of all buildings containing the Debtors' asbestos-containing products, while on the other hand, refusing to allow the class representative to conduct discovery regarding the debtor's knowledge of its own sales records and ability to provide direct notice.

F.     Whether the Bankruptcy Court erred in finding that the only class members who could be considered under the numerosity requirement of Rule 23, F.R.C.P where those who had filed an authorized individual proof of claim prior to the bar date.

DATED:  June 19, 2008

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile: (803) 943-4599

*Counsel for Anderson Memorial Hospital*