# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Lisa G. Esayian
To Call Writer Directly:
(312) 861-2226
lesayian@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

July 29, 2008

*Via Federal Express*
The Honorable Ronald L. Buckwalter
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Anderson Memorial Hospital v. W.R. Grace & Co., Civil Action 08-431*

Dear Judge Buckwalter:

I am writing on behalf of W.R. Grace to bring to this Court's attention a scheduling issue that has arisen in the above-referenced matter. This spring, the United States Bankruptcy Court for the District of Delaware denied a motion seeking certification of a nationwide class of property damage claimants in W.R. Grace's Chapter 11 proceedings. The putative class representative, Anderson Memorial Hospital, is now attempting to appeal the bankruptcy court's order in this Court.

Anderson Memorial appears to be proceeding along two separate tracks at the same time. On June 9, 2008, Anderson Memorial filed both a notice of appeal, on the assumption that the bankruptcy court's order is final, and a motion for leave to appeal, in the event that the order is "interlocutory in nature." In connection with its notice of appeal, Anderson Memorial filed a designation of record and Grace, out of an abundance of caution, filed a counter-designation without conceding that the bankruptcy court's order is final. On July 11, this Court docketed the appeal and set August 1, 2008 as the deadline for Anderson Memorial's appellate brief.

By this letter, Grace respectfully requests that this Court vacate the upcoming August 1 deadline and stay briefing pending resolution of Anderson Memorial's motion for leave to appeal. The motion for leave to appeal is fully briefed: Grace filed its response on June 19, Anderson Memorial filed a reply on July 8, and Grace filed a sur-reply on July 11. We have contacted counsel for Anderson Memorial twice -- on July 24 and 28 -- regarding our intention to send this letter to Your Honor, and provided a draft of this letter to them both times, and have not heard further from them.

Sincerely,

Lisa G. Esayian

cc:   Daniel A. Speights, Esq.
      Marion C. Fairey, Jr., Esq.

Hong Kong     London     Los Angeles     Munich     New York     San Francisco     Washington, D.C.