IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CIVIL ACTION NO. 08-431 |
| | : | |
| W.R. GRACE & CO., et al., | : | BANKRUPTCY CASE NO. 01-1139 |
| | : | |
| Debtors. | : | |

### ORDER

AND NOW, this 1st day of August, 2008, upon consideration of Attorney Esayian's letter requesting the Court vacate the August 1, 2008 deadline and stay briefing, and Attorney Loizides's letter in opposition, it is hereby **ORDERED** that the August 1, 2008 deadline is **VACATED** and briefing is **STAYED** pending resolution of Anderson Memorial Hospital's motion for leave to appeal (08-mc-0118).

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.